No. 04-00-00771-CV



VENCOR, INC., and Personacare of San Antonio, Inc.,


Appellants



v.



Jeannie M. WARREN,


Appellee



From the 288th Judicial District Court, Bexar County, Texas


Trial Court No. 1998-CI-05649


Honorable Juan Gallardo, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: April 30, 2002


APPEAL DISMISSED

 The parties have filed a joint motion to dismiss this appeal, stating that they have settled the
issues in dispute. The parties ask that this court "vacate the trial court's judgment and dismiss the
case pursuant to the parties' settlement." The motion is granted and this appeal is dismissed. See
Tex. R. App. P. 42.1(a), 43.2(e). Costs of appeal are taxed against the appellants. 

 PER CURIAM

DO NOT PUBLISH